# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1245
LT Case Nos. 2016-CF-10201
2016-CF-10316
2016-CF-10317
2016-CF-10055

_____

STEVEN SERRANO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Lindsey Tygart, Judge.

Steven Serrano, Lake City, pro se.

Ashley Moddy, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.

May 7, 2024


PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____